IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:12CR25 (01) |
| | § | (Judge Schneider) |
| TY HARDIN | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America, by and through its Acting United States Attorney, and would show the Court that the defendant, TY HARDIN, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

        Respectfully submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY


        */s/  Bill Baldwin*
        Bill Baldwin
        Assistant United States Attorney
        110 N. College, Suite 700
        Tyler, Texas  75702
        (903) 590-1400
        (903) 590-1439 (Fax)
        California Bar No.  115408

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the notice of plea agreement herein has been served on counsel for Defendant via the Court's CM/ECF filing system on this the 30th day of April, 2012.

                                            */s/ Bill Baldwin*
                                            Bill Baldwin