6:12 CR 25
Harden

# FACTUAL RESUME

IT IS HEREBY STIPULATED by TY HARDIN, Defendant herein, that the following facts are true and correct, and that Defendant understands and agrees, with the express consent of counsel, that this factual resume may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. From a date prior to November 1, 2011, and continuing through that date, I agreed with other persons to acquire and distribute marijuana in the Eastern District of Texas and elsewhere.

2. On November 1, 2011, I and the co-defendant possessed with intent to distribute more than 5 kilograms but less than 10 kilograms of marijuana.

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client. Based upon my discussions with Defendant, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and has signed this Factual Resume voluntarily.

Dated: 5-10-12

Tonda Curry
Attorney for Defendant

**Exhibit A**

I have read (or had read to me) the Factual Resume and have carefully reviewed every part of it with my attorney.  I fully understand and voluntarily agree to it.

Dated: 5-10-2012

_____
Ty Hardin
Defendant

Exhibit A